AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Mar 31, 2026**

SEAN F. McAVOY, CLERK

| | |
|---|---|
| MEEGAN MICHELLE VANDERBURGH | ) |
| *Petitioner* | ) |
| v. | ) |
| | ) |
| | ) |
| ARMINDA MILLER | |
| *Respondent* | |

Civil Action No.   2:23-CV-00255-MKD

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:   Petitioner's First Amended Petition, ECF No. 4, is DISMISSED with prejudice.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge   MARY K. DIMKE _____ on a motion for

Date:  3/31/2026 _____

*CLERK OF COURT*

SEAN F. McAVOY

s/ Wendy Kirkham _____
*(By) Deputy Clerk*

Wendy Kirkham